CUTTER LAW, P.C.
C. BROOKS CUTTER (SBN 121407)
CELINE E. CUTTER (SBN 312622)
401 Watt Avenue
Sacramento, California 95864
Telephone:    (916) 290-9400
Facsimile:    (800) 979-5279
Email: *bcutter@cutterlaw.com*
      *ccutter@cutterlaw.com*

Attorneys for Plaintiff
SHELLY WHITE

JACKSON LEWIS P.C.
WENDY A. WALKER (SBN 295877)
JULIA ZUCHKOV (SBN 351978)
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone:    (916) 341-0404
Facsimile:    (916) 341-0141
Email: *Wendy.Walker@jacksonlewis.com*
      *Julia.Zuchkov@jacksonlewis.com*

Attorneys for Defendants
ROUGH AND READY FIRE PROTECTION
DISTRICT, dba ROUGH AND READY FIRE
DEPARTMENT; DAVID HICKS; MATT WRIGHT;
and ROBERT VAUGHN

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLY WHITE,<br><br>        Plaintiff,<br><br>    vs.<br><br>ROUGH AND READY FIRE PROTECTION DISTRICT, dba ROUGH AND READY FIRE DEPARTMENT, a government entity; DAVID HICKS, an individual; MATT WRIGHT, an individual; ROBERT VAUGHN, an individual and DOES 1 through 20, inclusive,<br><br>        Defendants. | CASE NO. 2:23-CV-00911-DJC-JDP<br><br>Assigned to:<br>District Judge Daniel J. Calabretta<br><br><br>**STIPULATION AND ORDER TO CONTINUE DISCOVERY DEADLINES; ORDER**<br><br><br>Complaint Filed:  03.13.2023<br>Trial Date:        01.06.2025 |

///

///

///

1

Plaintiff SHELLY WHITE ("Plaintiff") and Defendants ROUGH AND READY FIRE PROTECTION DISTRICT doing business as ROUGH AND READY FIRE DEPARTMENT, DAVID HICKS, MATT WRIGHT, and ROBERT VAUGHN (collectively "Defendants") (hereinafter collectively referred to as the "Parties"), through counsel, hereby enter into the following Stipulation and, for good cause shown, request the Court to allow the Parties to privately mediate the action, and extend all discovery and trial deadlines, pursuant to the applicable Local Rules:

1.      This is an action for alleged harassment sexual harassment, failure to prevent discrimination, wrongful discharge, retaliation, and blocklisting. The Parties have been engaged in preliminary written discovery.

2.      The Parties have agreed to participate in a privately-held mediation, prior to expending additional time and resources on discovery.  Defendants' insurance carrier has agreed to the mediation and now the Parties are actively discussing potential mediators and working on scheduling mediation at this time.

3.      If mediation is unsuccessful, the Parties will require additional discovery to be completed, including numerous depositions and additional written discovery. The primary-handling attorneys for all Parties have transitioned to newly-assigned attorneys, within their respective firms. There exists a need for further time to conduct more discovery by these attorneys.

4.      In order to allow time to mediate the case and complete necessary discovery, the Parties respectfully request the discovery dates, including discovery motion cut off dates and the expert disclosure cut off dates, should be continued to a date in the future.  The Parties hereby stipulate to the following new dates and request the Court modify the Scheduling Order accordingly, or to dates of the Court's choosing:

| Category | Original Deadline | Proposed Deadline |
|---|---|---|
| Expert Disclosure | 02/23/2024 | 3/24/2024 |
| Supplemental Disclosure Deadline | 03/22/2024 | 7/22/2024 |
| Expert Discovery Cut Off | 04/19/2024 | 8/19/2024 |

2

| | | |
|---|---|---|
| Dispositive Motion Filing Deadline | 06/28/2024 | 12/28/2024 |
| Dispositive Motion Hearing | 06/28/2024 | 02/20/2025 at 1:30PM |
| Final Pretrial Conference | 11/07/24 | 05/08/2025 at 1:30PM |
| Trial | 01/06/2025 | 06/30/2025 at 9:00AM |

5.        There have been no prior requests for extensions of time to change the initial pretrial scheduling order (Docket number 7).

6.        The Parties respectfully assert that good cause exists to extend the discovery deadlines for completion of the alternative dispute resolution.

Respectfully submitted,

Dated: 2/22/24                          CUTTER LAW, P.C.

By: /s/ CELINE CUTTER (with permission)
     C. BROOKS CUTTER
     CELINE CUTTER

Attorneys for Plaintiff
SHELLY WHITE

Dated: 2/22/24                          JACKSON LEWIS P.C.

By: /s/ WENDY A. WALKER
     WENDY A. WALKER
     JULIA ZUCHKOV

Attorneys for Defendants
ROUGH AND READY FIRE PROTECTION
DISTRICT, dba ROUGH AND READY FIRE
DEPARTMENT; DAVID HICKS; MATT
WRIGHT; and ROBERT VAUGHN

3

## ORDER

Based on the above stipulation, the Court hereby GRANTS the Parties' request to extend deadlines as follows:

| Category | Original Deadline | New Deadline |
|---|---|---|
| Expert Disclosure | 02/23/2024 | 3/24/2024 |
| Supplemental Disclosure Deadline | 03/22/2024 | 7/22/2024 |
| Expert Discovery Cut Off | 04/19/2024 | 8/19/2024 |
| Dispositive Motion Filing Deadline | 06/28/2024 | 12/28/2024 |
| Dispositive Motion Hearing | 06/28/2024 | 02/20/2025 at 1:30PM |
| Final Pretrial Conference | 11/07/24 | 05/08/2025 at 1:30PM |
| Trial | 01/06/2025 | 06/30/2025 at 9:00AM |

IT IS SO ORDERED.

Dated:  February 26, 2024

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE